IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**JAMESON BEGAYE,**<br>　　　　　　　Defendant. | Case No. **21-cr-01419 JB** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant Jameson Begaye, by his appointed CJA counsel, Barrett G. Porter of Burgess and Porter LLC, and respectfully requests that this Court enter an order continuing the trial setting of March 27, 2023, as well as extend the time within which to file pretrial motions.

In support of this Motion, Counsel states as follows:

1. Mr. Begaye entered into a plea agreement in this matter and the Court has set sentencing for March 27, 2023.

2. Defense counsel and his law partner are not available for sentencing that day and for several weeks after for the following reasons.

3. Barry Porter will be in Oklahoma from March 27, 2023, until April 14, 2023 conducting pre-trial work for a murder trial that is set to begin April 3, 2023 in the Easter District of Oklahoma, *U.S. vs. Coker Barker, 21-cr-175 JFH*. This trial is set to continue through April

14, 2023. Susan Burgess-Farrell, law partner, will be in Texas the week of March 27, 2023 for her father's cancer surgery and will be there for the week until March 31, 2023 when she will travel to Oklahoma to be co-counsel for the previously mentioned jury trial.

4. Additionally, defense counsel is set for a jury trial in New Mexico State Court in the Thirteenth Judicial District before the Honorable Christopher Perez in, ***State vs. Gerald Trujillo, D-1329-CR-2021-00324***.

5. Defense counsel is requesting that this matter be set for sentencing the first week of May 2023.

6. Defense counsel has discussed this continuance with Mr. Begaye, and he has no opposition.

7. Defense counsel has contacted Assistant United States Attorney, **Zachary Jones**, and he does not oppose this request for a continuance.

WHEREFORE the defendant, respectfully requests that the Court enter an order granting a continuance of sentencing as requested above..

    Respectfully Submitted,

    BURGESS & PORTER LLC

    By:    */s/ **Barrett G. Porter***
           Barrett G. Porter
           Burgess & Porter Law
           400 Gold Avenue, SW, Suite 910
           Albuquerque, New Mexico 87102
           (505) 433-5545
           *Attorney for Defendant Jameson Begaye*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **March 21**, 2023 I filed the foregoing electronically

through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means, as more fully reflected on the Notice of Electronic Filing:

**Zachary Jones**
Assistant United States Attorney
201 Third St. NW
Suite 900
Albuquerque, NM 87102
(505) 346-7274

               */s/ Barrett G. Porter*
               BURGESS AND PORTER LLC