IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **21-cr-01419 MLG** |
| Plaintiff, | |
| v. | |
| **JAMESON BEGAYE,** | |
| Defendant. | |

**CORRECTED SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, Defendant Jameson Begaye, by his appointed CJA counsel, Barrett G. Porter of Burgess and Porter LLC, and respectfully requests that this Court enter an order continuing the sentencing setting of May 18, 2023.

In support of this Motion, Counsel states as follows:

1. Mr. Begaye entered into a plea agreement in this matter and the Court has set sentencing for May 18, 2023.

2. In the documents filed for the Court's consideration for sentencing several legal issues have arisen that defense counsel needs to discuss with his client. Complicated legal sentencing issues and options based on the filings by the government and their proposed evidence must be reviewed with Mr. Begaye. Defense counsel is unable to meet with Mr. Begaye before the May 18, 2023, sentencing. Defense counsel can meet with Mr. Begaye the week of May 22, 2023.

      3.      Defense counsel is requesting the sentencing be reset to the week of June 5, 2023, as they will be out of the state the week of May 29, 2023.

      4.      Defense counsel will be able to advise the Court and the government if an evidentiary hearing is needed for sentencing.

      5.      Defense counsel has contacted Assistant United States Attorney, Zachary Jones, and he does not oppose this request for a continuance.

WHEREFORE the defendant, respectfully requests that the Court enter an order granting a continuance of sentencing as requested above..

Respectfully Submitted,

BURGESS & PORTER LLC

By:    */s/ Barrett G. Porter*
Barrett G. Porter
Burgess & Porter Law
400 Gold Avenue, SW, Suite 910
Albuquerque, New Mexico 87102
(505) 433-5545
*Attorney for Defendant Jameson Begaye*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Zachary Jones
Assistant United States Attorney
201 Third St. NW
Suite 900
Albuquerque, NM 87102
(505) 346-7274

    */s/ Barrett G. Porter*
BURGESS AND PORTER LLC