## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

JAMESON BEGAYE,

                              Defendant.

Case Nos. 21 CR 01419 MLS

## ORDER REGARDING DEFENDANT'S SENTENCING

Defendant Jameson Begaye, by and through his attorney, Barrett (Barry) G. Porter, Burgess and Porter law, files the following notice to the Court and government regarding his positions for sentencing.

Defense counsel after conferring with her client, provides notice that the defense is withdrawing the objection detailed in paragraph one of its objections to the PSR (doc. 64). The issue that still needs to be ruled upon by the Court is which, if any, of the sentencing enhancements to the offense category applied as stated in the Presentence Report (doc. 59).

Respectfully Submitted,
BURGESS & PORTER LAW, LLC

/s/  signed and filed electronically

I hereby certify that the foregoing document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA in this case and the office of United States Probation & Parole.

**Barrett (Barry) G. Porter**
Attorney for the defendant Jameson Begaye
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

  /s/ **signed electronically**
_____
**Barrett G. Porter**
Counsel for Defendant