IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                     No.  21-CR-1419 MLG

JAMESON BEGAYE,

      Defendant.

## ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

This matter comes before this Court on the Government's Unopposed Motion to Dismiss Indictment Without Prejudice. Doc. 76. The Court, being fully advised, finds the Motion is well-taken and should be granted.

It is therefore ordered the Indictment filed September 28, 2021, be dismissed without prejudice as to Defendant Jameson Begaye.

                                                    UNITED STATES DISTRICT JUDGE
                                                    MATTHEW L. GARCIA

Submitted by:

Zachary C. Jones
Assistant United States Attorney